# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
*FILED ELECTRONICALLY*

| | |
|---|---|
| **KEVIN MATTINGLY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-CV-00086-RGJ-RSE |
| | ) |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## RULE 41 STIPULATED DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff Kevin Mattingly ("Plaintiff") and defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby jointly dismiss with prejudice all claims asserted by Plaintiff against Lincoln. Each party shall bear its own costs and fees.

Respectfully submitted this 26th day of October, 2021.

/s/ Edmund S. Sauer
Edmund S. Sauer
Kentucky Bar No. 90392
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-2374
Facsimile: (615) 252-6374
E-mail: esauer@bradley.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

and

/s/ Elizabeth A. Thornsbury (with permission)
Elizabeth A. Thornsbury
M. Austin Mehr
MEHR FAIRBANKS & PETERSON TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
E-mail: elizabeth@austinmehr.com
E-mail: amehr@austinmehr.com

*Attorney for Plaintiff Kevin Mattingly*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and provided a copy via electronic mail to the following:

> Elizabeth A. Thornsbury
> M. Austin Mehr
> Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
> 201 West Short Street, Suite 800
> Lexington, Kentucky 40507
>
> *Attorneys for Plaintiff*

        */s/ Edmund S. Sauer*
        OF COUNSEL